# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 11, 2008

No. 08-10322
Summary Calendar

Charles R. Fulbruge III
Clerk

CHRISTOPHER THOMAS WALLACE

Plaintiff-Appellant

v.

THE UNITED STATES CONFERENCE OF CATHOLIC BISHOPS AND
MEMBER BISHOPS SEVERALLY; THE ORDER OF CARMELITES; THE
KNIGHTS OF COLUMBUS; JOHN BENEDICT WEBER; THE CATHOLIC
DIOCESE OF FORT WORTH; ET AL.

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
4:08-CV-104

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Affirmed. See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.